IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY BEE MILTON, | ) Case No. C 14-5101 PSG (PR) |
| Plaintiff, | ) **ORDER OF TRANSFER** |
| v. | ) |
| F. FOULK, | ) |
| Defendant. | ) |

On December 10, 2014, Plaintiff, a California state prisoner proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983 against prison officials at High Desert State Prison in Susanville, California. High Desert State Prison lies in Lassen County. Because Lassen County lies within the venue of the Eastern District of California, venue properly lies in that district and not in this one.[1] Accordingly, this case is TRANSFERRED to the Eastern District of California.[2] The Clerk shall terminate any pending motions and transfer the entire file to the Eastern District of California.

IT IS SO ORDERED.

DATED: 3/3/2015

PAUL S. GREWAL
United States Magistrate Judge

---

[1] *See* 28 U.S.C. § 1391(b).

[2] *See* 28 U.S. C. § 1406(a).

Case No. C 14-5101 PSG (PR)
ORDER OF TRANSFER